PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ruth Marte                                    Cr.: 14-00626-001
                                                                PACTS #: 772551

Name of Sentencing Judicial Officer:   THE HONORABLE CLAIRE C. CECCHI
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/03/2015

Original Offense: PUBLIC MONEY - PROPERTY OR RECORDS, 18 U.S.C. § 641 & CONSPIRACY TO DEFRAUD THE UNITED STATES, 18 U.S.C. § 371 [18 U.S.C. § 641]

Original Sentence: 36 months probation

Special Conditions: Special Assessment, Restitution - Money, Community Service - Hours, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release                Date Supervision Commenced: 02/03/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Marte has failed to make payments towards restitution for the month of October, November, and December of 2015. |

U.S. Probation Officer Action:
While the probation office is discouraged by Marte's actions, we are requesting an opportunity to address her noncompliance internally. The Financial Litigation Unit of the United States Attorney's Office for the District of New Jersey will be notified so that they can initiate the process to liquidate assets if deemed necessary. If Your Honor agrees with our plan, the probation office will present a copy of this order to the offender as a formal written reprimand. We will advise the Court of any additional instances of noncompliance.

Respectfully submitted,

By: Jamel H. Rucks-Dorsey
U.S. Probation Officer
Date: 12/30/2015

Prob 12A – page 2
Ruth Marte

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

February 1, 2016
Date