PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Ruth Marte  Cr.: 14-00626-001
PACTS #: 772551

Name of Sentencing Judicial Officer: THE HONORABLE CLAIRE C. CECCHI
UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 02/03/2015

Original Offense: 18:641. 18:371.; Public Money - Property Or Records, Conspiracy To Defraud The United States

Original Sentence: 36 months probation

Special Conditions: Special Assessment $200, Restitution $195,032.72, Community Service 75 Hours, Mental Health Treatment, No New Debt/Credit

Type of Supervision: Supervised Release    Date Supervision Commenced:

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Marte's probation term is set to expire on February 2, 2018, with an outstanding balance of $188,291.09. She has only paid $875.00 towards her financial obligation. |

U.S. Probation Officer Action:

The defendant is being supervised by the Middle District of Florida, and they are recommending that the term be allowed to expire as scheduled. The Financial Litigation Unit will continue collection of the outstanding financial obligation upon expiration of supervision.

Respectfully submitted,

By: Shannan Pereira
U.S. Probation Officer

Date: 08/31/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☑ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☐ Other

_____
Signature of Judicial Officer

9/22/17
Date